IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-338-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 318]** |
| DONELL MARIO BRATTON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 318 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, __28th__ day of January, 2019.

_____
Louise Wood Flanagan
U.S. District Judge